IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEA L. CIPRA-VALIGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    08 CV 1480 |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME MORTGAGE, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:    David Bryant, Esq.
       Daley, Debofsky & Bryant
       55 West Monroe Street
       Suite 2440
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **Tuesday, June 3, 2008**, one of the attorneys for the Defendant filed Wells Fargo Home Mortgage's Answer to Plaintiff's Complaint with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's electronic filing system.

                                    s/*Nigel F. Telman*
                                    Nigel F. Telman
                                    SIDLEY AUSTIN LLP
                                    One South Dearborn Street
                                    Chicago, Illinois  60603
                                    Phone: (312) 853-7000

                                    *Attorney for Wells Fargo Home Mortgage*

## CERTIFICATE OF SERVICE

      I, Nigel F. Telman, one of the attorneys for Defendant Wells Fargo Home Mortgage, certify that I caused a copy of the attached Notice of Filing to be served by e-mail through the Court's ECF system, upon counsel for Plaintiff:

David Bryant, Esq.
Daley, Debofsky & Bryant
55 West Monroe Street
Suite 2440
Chicago, Illinois 60603

this 3rd day of June, 2008.

s/*Nigel F. Telman*

CH1 4291223v.1