IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| THEA L. CIPRA-VALIGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-CV-1480 |
| v. | ) | |
| | ) | Judge Zagel |
| WELLS FARGO HOME MORTGAGE, | ) | Magistrate Judge Ashman |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, the 10th of June, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Zagel or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached MOTION TO STRIKE DEFENDANT'S ANSWER; MOTION FOR AN ORDER OF DEFAULT AGAINST DEFENDANT; AND REQUEST FOR HEARING ON DAMAGES, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois                           s/ David A. Bryant
June 3, 2008                                       David A. Bryant
                                                   Attorney for Plaintiff
                                                   Thea L. Cipra-Valiga

## CERTIFICATE OF SERVICE

TO:   Nigel F. Telman
      Sidley Austin LLP
      One South Dearborn
      Chicago, Illinois 60603

The undersigned attorney hereby certifies that on June 3, 2008, he electronically filed the foregoing MOTION TO STRIKE DEFENDANT'S ANSWER; MOTION FOR AN ORDER OF DEFAULT AGAINST DEFENDANT; AND REQUEST FOR HEARING ON DAMAGES with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Nigel F. Telman, the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

                                                   s/ David A. Bryant
DALEY, DE BOFSKY & BRYANT                          David A. Bryant
55 W. Monroe St., Suite 2440                       Attorney for Plaintiff
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 (fax)