**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thea L. Cipra–Valiga

          Plaintiff,

v.                Case No.: 1:08–cv–01480
                Honorable James B. Zagel

Wells Fargo Home Mortgage

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 10, 2008:

  MINUTE entry before the Honorable James B. Zagel:Motion to strike answer [9] is granted. Motion for entry of default [9] is granted. Motion for damages hearing [9] is granted. Evidentiary Hearing set for 6/18/2008 at 10:30 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.