IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEA L. CIPRA-VALIGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 CV 1480 |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME MORTGAGE, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

To:    Counsel of Record, David Bryant, Esq.

      **PLEASE TAKE NOTICE** that on June 17, 2007, at 10:15 a.m., or as soon thereafter as may be heard, we will appear before the Honorable James B. Zagel in Courtroom 2503 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and present **Defendant Wells Fargo Home Mortgage's Motion to Vacate the Entry of Default and Relieve Wells Fargo From the Court's Order Striking Wells Fargo's Answer**, a copy of which is attached and is hereby served upon you.

Dated: June 11, 2008.

                                              Respectfully submitted,

                                              **WELLS FARGO HOME MORTGAGE**

                                              By:    s/*Nigel F. Telman*
                                                           One of its Attorneys

Nigel F. Telman, Esq.
Sidley Austin LLP
One S. Dearborn Street
Chicago, IL 60603
Phone: (312) 853-2106
Fax: (312) 853-7036
Email: ntelman@sidley.com

## CERTIFICATE OF SERVICE

  I, Nigel F. Telman, one of the attorneys for Defendant Wells Fargo Home Mortgage, certify that I caused a copy of the attached Notice of Motion to be served by e-mail through the Court's ECF system and United States mail, first class postage prepaid, upon counsel for Plaintiff:

David Bryant, Esq.
Daley, Debofsky & Bryant
55 West Monroe Street
Suite 2440
Chicago, Illinois 60603

this 11th day of June, 2008.

s/*Nigel F. Telman*
