UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Thea L. Cipra–Valiga
                              Plaintiff,

v.                                           Case No.: 1:08–cv–01480
                                                        Honorable James B. Zagel

Wells Fargo Home Mortgage
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 6/17/2008. MOTION by Defendant Wells Fargo Home Mortgage to vacate the entry of default and order striking Wells Fargo's answer [13] is granted. The order of default entered is hereby vacated and defendant's answer is reinstated. Evidentiary hearing set for 6/18/2008 is stricken. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.