IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THEA L. CIPRA-VALIGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.    08 CV 1480 |
| v. | ) | |
| | ) | |
| WELLS FARGO HOME MORTGAGE, | ) | Judge James B. Zagel |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING**

To:    David Bryant, Esq.
       Daley, Debofsky & Bryant
       55 West Monroe Street
       Suite 2440
       Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on **Thursday, August 21, 2008**, one of the attorneys for the Defendant filed Plaintiff Thea L. Cipra-Viliga's and Defendant Wells Fargo Home Mortgage's Report of Parties Planning Meeting with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, through the Court's electronic filing system.

                                                                          s/*Brian K. Jackson*
                                                                          Nigel F. Telman
                                                                          Brian K. Jackson
                                                                          SIDLEY AUSTIN LLP
                                                                          One South Dearborn Street
                                                                          Chicago, Illinois  60603
                                                                          Phone: (312) 853-7000

                                                                        *Attorneys for Wells Fargo Home Mortgage*

## CERTIFICATE OF SERVICE

    I, Brian K. Jackson, one of the attorneys for Defendant Wells Fargo Home Mortgage, certify that I caused a copy of the attached Notice of Filing to be served by e-mail through the Court's ECF system, upon counsel for Plaintiff:

David Bryant, Esq.
Daley, Debofsky & Bryant
55 West Monroe Street
Suite 2440
Chicago, Illinois 60603

this 21st day of August, 2008.

s/*Brian K. Jackson*

CH1 4381699v.1