IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THEA L. CIPRA-VALIGA, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, 　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　v. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　　　)<br>WELLS FARGO HOME MORTGAGE, )<br>　　　　　　　　　　　　　　　　　　)<br>　　　　Defendant. 　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　) | No. 08-CV-1480<br><br>Judge Zagel<br>Magistrate Judge Ashman |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, the 11th of September, at 10:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Zagel or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached MOTION REQUESTING ATTORNEY'S FEES, copies of which are attached and herewith served upon you.

Dated: Chicago, Illinois　　　　　　　　　　　　　s/ David A. Bryant
　　　　September 5, 2008　　　　　　　　　　　　David A. Bryant
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Thea L. Cipra-Valiga

## CERTIFICATE OF SERVICE

TO:　Nigel F. Telman
　　　Sidley Austin LLP
　　　One South Dearborn
　　　Chicago, Illinois 60603

The undersigned attorney hereby certifies that on September 5, 2008, he electronically filed the foregoing NOTICE OF MOTION REQUESTING ATTORNEY'S FEES with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

　　　　　　　　　　　　　　　　　　　　　　　s/ David A. Bryant
DALEY, DE BOFSKY & BRYANT　　　　　　　　David A. Bryant
55 W. Monroe St., Suite 2440　　　　　　　　　Attorney for Plaintiff
Chicago, Illinois 60603
(312) 372-5200
(312) 372-2778 (fax)