**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Thea L. Cipra–Valiga

                          Plaintiff,

v.                                          Case No.: 1:08–cv–01480
                                                         Honorable James B. Zagel

Wells Fargo Home Mortgage

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

      MINUTE entry before the Honorable James B. Zagel:Status hearing held on 9/9/2008, Set deadlines/hearing as to motion for attorney fees [24]. Response due by 9/16/2008. Reply due by 9/24/2008. Status hearing set for 10/1/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.